ORIGINAL

arinshipleyinf

LEONARDO M. RAPADAS
United States Attorney
STEVE A. CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00004 |
| Plaintiff, | **INFORMATION** |
| vs. | **ENTERING MILITARY PROPERTY** [18 U.S.C. § 1382] (Counts 1-2) (Misdemeanor) |
| ARIN A. SHIPLEY, | **UNLAWFUL COMMERCIAL SOLICITATION** [32 C.F.R. section 43.6] (Misdemeanor) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1 - ENTERING MILITARY PROPERTY

On or about March 7, 2006, in the District of Guam, the defendant, **ARIN A. SHIPLEY**, went upon a United States military reservation, to wit: Naval Base Guam, Santa Rita, Guam, for a purpose prohibited by law or lawful regulation, to wit: soliciting the sale of magazine subscriptions, in violation of 32 Code of Federal Regulations section 43.6, all in violation of Title 18 United States Code, Section 1382.

### COUNT II - RE-ENTERING MILITARY PROPERTY

On or about March 13, 2006, in the District of Guam, the defendant, **ARIN A. SHIPLEY**, went upon a United States military reservation, to wit: Naval Base Guam, Santa Rita Guam, after being duly ordered not to reenter said installation by the Commanding Officer of

1

Naval Base Guam on March 9, 2006, all in violation of Title 18 United States Code, Section 1382.

## COUNT III - UNLAWFUL COMMERCIAL SOLICITATION

On or about March 7, 2006, in the District of Guam, the defendant, **ARIN A. SHIPLEY**, went upon a United States military reservation, to wit: Naval Base Guam, Main Base, Santa Rita, Guam, and unlawfully engaged in unauthorized personal commercial solicitation, to wit: selling of magazine subscriptions, all in violation of 32 Code of Federal Regulations section 43.6.

## COUNT IV - UNLAWFUL COMMERCIAL SOLICITATION

On or about March 13, 2006, in the District of Guam, the defendant, **ARIN A. SHIPLEY**, went upon a United States military reservation, to wit: Naval Base Guam, Main Base, Santa Rita, Guam, and unlawfully engaged in unauthorized personal commercial solicitation, to wit: selling of magazine subscriptions, all in violation of 32 Code of Federal Regulations section 43.6.

Dated this 17th day of March 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEVE A. CHIAPPETTA
Special Assistant U.S. Attorney

Approved: _____
RUSSELL C. STODDARD
First Assistant United States Attorney

2