# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

06-00004

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__  Matter to be sealed: ____ Yes __X__ No

Defendant Name ___Arin A. Shipley___

Alias Name _____

Address _____
___Westhills, CA___

Birthdate __1983__ SS# __xxx-xx-5930__ Sex __F__ Race __None__ Nationality __Caucasion__

RECEIVED
MAR 17 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S. Attorney Information:**

AUSA ___Steve Chiappetta___

**Interpreter:** __X__ No ____ Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __4__   ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 18 USC 1382 | Entering Military Property | 1-2 |
| Set | 2 32 CFR 43.6 | Unlawful Commercial Solicitation | 3-4 |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: __17 MAR 06__  Signature of AUSA: _____