ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  STEVEN CHIAPPETTA
   Special Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE TERRITORY OF GUAM

9  UNITED STATES OF AMERICA,    ) MAGISTRATE CASE NO. 06-00004
                                )
10              Plaintiff.      )
                                )   **UNITED STATES' REQUEST**
11         vs.                  )   **FOR ISSUANCE OF WARRANT**
                                )
12 ARIN A. SHIPLEY,             )
                                )
13              Defendant.      )
   _____)

14     Comes now the United States of America and requests this Honorable Court issue a
15 warrant for defendant, ARIN A. SHIPLEY, based on an Information filed charging the
16 defendant with two counts of Entering Military Property in violation to 32 Code of Federal
17 Regulations Section 43.6, in violation of Title 18 United States Code, Section 1382, and two
18 counts of Unlawful Commercial Solicitation in violation of 32 Code of Federal Regulations
19 Section 43.6..

20     Respectfully submitted this 17th day of March 2006.

                                    LEONARDO M. RAPADAS
22                                  United States Attorney
                                    Districts of Guam and NMI
23

24                         By:      /s/ [signature]
25                                  STEVEN CHIAPPETTA
                                    Special Assistant U.S. Attorney

                                    3