LEONARDO M. RAPADAS
United States Attorney
STEVEN CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00004 |
| Plaintiff. ) | |
| ) | **O R D E R** |
| vs. ) | Re: March 17, 2006 |
| ) | United States' Request for |
| ARIN A. SHIPLEY, ) | Issuance of Warrant |
| Defendant. ) | |

IT IS SO ORDERED that a warrant will be issued for the above-named defendant.

3/17/2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam