AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

ARIN A. SHIPLEY

**WARRANT FOR ARREST**

Case Number: MJ-06-00004

**FILED**
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to    ARIN A. SHIPLEY
                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    X Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

[18 U.S.C. § 1382] - ENTERING MILITARY PROPERTY - COUNTS I - II

[18 U.S.C. § 13] - UNLAWFUL COMMERCIAL SOLICITATION - COUNTS III - IV [32 CFR §43.6]

in violation of Title _____ United States Code, Section(s) _____

| JOAQUIN V. E. MANIBUSAN, JR. | _signature_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| **MAGISTRATE JUDGE** | **MARCH 17, 2006; HAGATNA, GUAM** |
| Title of Issuing Officer | Date and Location |

ORIGINAL

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Agana Hts., Guam

| DATE RECEIVED 3/17/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/17/06 | John Curry CJDUSM | _signature_ |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:    **ARIN A. SHIPLEY**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____