IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
MAR 20 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-06-00004**  **DATE:** March 17, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding  Law Clerk: NONE PRESENT
Court Recorder: Jamie Phelps  Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 6:31:54- 7:03:55  CSO: NONE PRESENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** ARIN A. SHIPLEY   **ATTY:** ALEX MODABER
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.   ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: STEVE CHIAPPETTA   AGENT:

U.S. PROBATION: M. CRUZ / R. VILLAGOMEZ-AGUON   U.S. MARSHAL: J. CURRY / C. MARQUEZ / D. PUNZALAN

**PROCEEDINGS:  INITIAL APPEARANCE AND ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: __FEDERAL PUBLIC DEFENDER__, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___  SCHOOL COMPLETED: ONE SEMESTER, SOPHOMORE IN COLLEGE
( X ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE  ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING THEIR PHYSICAL AND MENTAL CONDITION
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( X ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED:  ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO: __ALL COUNTS IN THE INFORMATION__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____  PLEA: ( ) *ACCEPTED*  ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) TRIAL SET FOR: MAY 15, 2006 at 9:30 a.m.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Trial Order executed. Government raised its concern that the defendant does not have any ties to the community, is a possible flight risk, and recommended detention. Defense objected. The Court released the defendant with the condition that the defendant report to U.S. Probation as directed; stay away from all ports of entry or exit; no firearms or dangerous weapons; refrain from the use of drugs; and defendant is barred from entering any military installations; surrender birth certificate and travel documents by 9:00 a.m. on Monday, March 20th; and obtain no other passport or travel documents.

Courtroom Deputy: