

**FILED**
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>**ARIN A. SHIPLEY,**<br><br>        Defendant. | MAGISTRATE CASE NO. 06-00004<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 17th day of March, 2006.

/s/ _____
JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**