# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>vs.<br><br>Arin A. Shipley,<br><br>                Defendant. | Case No. 1:06-mj-00004<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Trial Order and Appointment Order filed March 17, 2006 and the Order Setting Conditions of Release filed March 20, 2006***, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *March 20, 2006* | *March 21, 2006* | *March 21, 2006* | *March 20, 2006* |
| | | *(Release Conditions only)* | *(Release Conditions only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Trial Order and Appointment Order filed March 17, 2006 and the Order Setting Conditions of Release filed March 20, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 21, 2006                                  /s/ Leilani R. Toves Hernandez
                                                                      Deputy Clerk