JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ARIN A. SHIPLEY

FILED
DISTRICT COURT OF GUAM
APR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MG 06-00004 |
| ) | |
| Plaintiff, ) | MOTION TO SCHEDULE CHANGE OF |
| ) | PLEA HEARING |
| vs. ) | |
| ) | |
| ARIN A. SHIPLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### MOTION TO SCHEDULE CHANGE OF PLEA HEARING

COMES NOW the defendant, ARIN A. SHIPLEY, through counsel, Alexander A. Modaber, Assistant Federal Public Defender, and moves this Honorable Court to schedule a hearing for defendant's change of plea from not guilty to plea of guilty on April 4, 2006, at 1:30 p.m., or

//

//

ORIGINAL

a date convenient for the court. There is no written plea agreement in this case.

DATED: Mongmong, Guam, April 3, 2006.

_____
ALEXANDER A. MODABER
Attorney for Defendant
ARIN A. SHIPLEY

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on April 3, 2006:

STEVE CHIAPPETTA
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, April 3, 2006.

RENATE DOEHL
Operations Administrator

ALEXANDER A. MODABER
Attorney for Defendant
ARIN A. SHIPLEY

3