JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ARIN A. SHIPLEY

FILED
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00004 |
| Plaintiff, ) | |
| vs. ) | ORDER |
| ARIN A. SHIPLEY, ) | |
| Defendant. ) | |

Upon request by the Defendant, it is hereby ordered that the Change of Plea hearing in the above captioned case is scheduled for Tuesday, April 4, 2006, at 1:30 p.m.

SO ORDERED this 4th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL