IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
APR - 5 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MJ-06-00004         DATE: April 4, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding        Law Clerk: J. Hattori
Court Recorder/Courtroom Deputy: Marilyn B. Alcon
Hearing Electronically Recorded: 1:59:36 - 2:17:01        CSO: J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** ARIN A. SHIPLEY                          **ATTY:** ALEX MODABER
( X ) PRESENT   ( ) CUSTODY   ( ) BOND   ( X ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** FREDERICK BLACK        **AGENT:**

**U.S. PROBATION:** CARLEEN BORJA         **U.S. MARSHAL:** J. CURRY / C. MARQUEZ / D. PUNZALAN

**PROCEEDINGS:** CHANGE OF PLEA and SENTENCING

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED
(X) DEFENDANT ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE      ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
(X) PLEA ENTERED:  (X) *GUILTY*  ( ) *NOT GUILTY* - TO: COUNT 1 OF THE INFORMATION
(X) COUNT(S) 2, 3 and 4    DISMISSED ON GOVERNMENT'S MOTION
(X) NO WRITTEN PLEA AGREEMENT FILED

( ) STATUS CONFERENCE SET FOR: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
(X) DEFENDANT RELEASED

**NOTES:** The Court accepts defendant's plea.

**SENTENCING:**

Defendant sentenced to $200.00 Fine; $10.00 Special Assessment Fee.

Courtroom Deputy: *mba*