AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

**FILED
DISTRICT COURT OF GUAM

APR - 6 2006

MARY L.M. MORAN
CLERK OF COURT**

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA
V.

**ARIN A. SHIPLEY**

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense) — Short Form

CASE NUMBER: MJ-06-00004
USM NUMBER:
**ALEXANDER MODABER, Federal Public Defender**
Defendant's Attorney

**THE DEFENDANT:**

X **THE DEFENDANT** pleaded guilty to count(s) _____ I _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1382 | ENTERING MILITARY PROPERTY | 03/7/2006 | I |

X Count(s) **2, 3, and 4** ☐ is X are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| Total: | $ 10.00 | $ 200.00 |

Defendant's Soc. Sec. No.: **XXX-XX-5930**
Defendant's Date of Birth: **XX-XX-1983**

Defendant's Residence Address:

**Agana Heights, Guam**

Defendant's Mailing Address:

**Gig Harbor, WA**

April 4, 2006
Date of Imposition of Judgment

_Signature of Judge_

**JOAQUIN V. E. MANIBUSAN, Jr., Magistrate Judge**
Name and Title of Judge

April 6, 2006
Date

**ORIGINAL**