JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ARIN A. SHIPLEY

FILED
DISTRICT COURT OF GUAM
APR 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00004 |
| Plaintiff, | ) |
| vs. | ) ORDER TO RELEASE |
| | ) BIRTH CERTIFICATE |
| ARIN A. SHIPLEY, | ) |
| Defendant. | ) |

On oral request by the Defendant, and without objection by the Government, the Defendant's release to have her birth certificate returned to her is hereby granted. The Clerk of Court shall forthwith return the Defendant's birth certificate to her.

SO ORDERED this 10 day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL